1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WALTER LEON BROWN,                    1:09-cv-01724-AWI-SMS (PC)

12            Plaintiff,                   ORDER DISMISSING ACTION WITHOUT
                                           PREJUDICE FOR FAILURE TO EITHER
13        vs.                              PAY FILING FEE IN FULL OR FILE
                                           APPLICATION TO PROCEED IN FORMA
14   SHELA, et al.,                        PAUPERIS

15            Defendants.                  (Doc. 6)

16   _____/

17        Plaintiff Walter Leon Brown, a prisoner proceeding pro se, filed this civil rights action on

18   September 23, 2009.  Plaintiff did not pay the $350.00 filing fee in full or file an application to

19   proceed in forma pauperis at the time of filing, and on October 22, 2009, the Court ordered

20   Plaintiff to do so within forty-five days.  More than forty-five days have passed and Plaintiff has

21   not complied with or otherwise responded to the Court's order.  Plaintiff was warned that

22   dismissal would occur if he failed to obey the order.

23        A civil action may not proceed absent the submission of either the filing fee or an

24   application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  Because Plaintiff has

25   submitted neither and has not responded to the Court's order to do so, dismissal of this action is

26   ///

                                            −1−

appropriate.  In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or file an application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:    December 23, 2009**                      /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE